UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 04-90T** **DATE: June 10, 2005**

**TITLE: <u>USA v. Christopher S. Auter</u>**

**U.S. DISTRICT COURT JUDGE ERNEST C. TORRES**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Angela Reynolds**
**INTERPRETER:**

IN COURT:

---

**COUNSEL PRESENT:** **Stephen G. Dambruch for Govt**
**Edward C. Roy, Jr., for Deft**
**Kathleen Conlon, U.S. Probation**

**PROCEEDINGS: <u>Sentencing Hearing</u>**

**Court addresses deft's objection to the PSR re: cash conversion into an equivalent quantity of drugs. One govt exhibit is admitted for purposes of this hearing. Court sustains the deft's objection to the PSR re: cash conversion. The deft's base level offense is therefore adjusted.**

**Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to the one Count of the Indictment: 70 mos' imprisonment; followed by 4 yrs' supervised release, with special conditions: the deft shall participate in Probation-approved substance-abuse treatment program, to include up to 72 drug tests per year, and counseling for anger management. In addition, for every week that the deft is not employed on a full-time basis, he shall spend 20 hours in community service in a program to be determined by the probation office. $100 special assessment; no fine is imposed. Court recommends to the BOP that this deft be placed in a facility that provides a program of substance-abuse counseling and treatment.**

**$100 special assessment; no fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**