**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR No. 04-090T** |
| | : | |
| | : | |
| **CHRISTOPHER AUTER** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. §§ 1.B1.10, 2D1.1**

The defendant has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), based on a recent amendment to the Sentencing Guidelines which lowered the base offense levels applicable to cocaine base ("crack") offenses. The government's position is that the defendant's sentence may be reduced pursuant to revised Guideline Sections 2D1.1 and 1B1.10. According to the government's calculations, under revised Section 2D1.1, the defendant's offense level is now 23, and his Guideline range is now 57 to 71 months. Pursuant to the Plea Agreement, the government would recommend that the Court impose the statutory minimum mandatory term of imprisonment of sixty months. The government objects, however, to the defendant's request for a "further reduction" in sentence beyond sixty months pursuant to Kimbrough v. United States, ___ U.S. ___, 2007 WL 4292040 (2007). Since sixty months is the minimum

sentence allowed by statute, this Court is without the authority to grant that request. 21 U.S.C. § 841(b)(1)(B).

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
Stephen.dambruch@usdoj.gov

Dated: February 28, 2008

Certificate of Service

I hereby certify that on the 28th day of February, 2008, I caused a copy of the within "Government's Response To Defendant's Motion For Sentence Reduction Pursuant To 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1.B1.10, 2D1.1" to be served by way of the Electronic Case Filing System upon Edward C. Roy, counsel for the defendant.

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
stephen.dambruch@usdoj.gov