# IN THE DISTRICT COURT FOR THE UNITED STATES

# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.04-90T |
| | ) | |
| CHRISTOPHER S. AUTER | ) | |

## STIPULATION REGARDING MODIFICATION OF SENTENCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level _25_

   Criminal History Category _III_

   _70_ to _87_ months imprisonment

   _4_ to _5_ years supervised release

   $10,000 to $2,000,000 fine.

3. Defendant was sentenced on June 10, 2004 to 70 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level 23

Criminal History Category III

57 to 71 months imprisonment

4 to 5 years supervised release

$10,000 to $2,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the defendant had an incident report on January 12, 2006 for being absent from assignment.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of the mandatory minimum of 60 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

EDWARD C. ROY
Counsel for Defendant

4/11/08
Date

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

4/7/08
Date